IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DAVID CORDOVA;  )
  )
    Plaintiff,  )
  )
v.  )  CASE NO. CV416-076
  )
EDWARD J. TARVER, United  )
States Attorney; SAMUEL L.  )
OLENS, Attorney General of  )
Georgia; and ROBERT L.  )
RUSSELL, Judge,  )
  )
    Defendants.  )
  )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which objections have been filed. After careful de novo review of the record, the Court finds Plaintiff's objections to be without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and Plaintiff's 42 U.S.C. § 1983 complaint is hereby **DISMISSED**.[1] The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 28th day of June 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Plaintiff's Motion to Dismiss (Doc. 9) is likewise **DISMISSED AS MOOT**.